IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                           No. 4:16-cr-40003

NOLEN REECE BAKER                                                                        DEFENDANT

## ORDER

BEFORE the Court is the Motion to Reconsider Indigency Status (ECF No. 13) filed herein by Defendant.  On February 12, 2016, the undersigned found Defendant not indigent, appointed the Federal Defender to represent him but added a condition the Defendant reimburse the Government for the Federal Defender fees incurred in his representation of Defendant.  ECF No. 6.  This Motion has been referred to the undersigned for decision.

Defendant avers the following in the Motion to Reconsider:

> additional circumstances have come to light warranting a reconsideration of the special provision for reimbursement of attorney fees. Defendant asserts that he is indigent and financially unable to pay the attorney fees and cost of his defense

Defendant does not specify what new circumstances warrant reconsideration.  A review of the Defendants CJA 23 Financial Affidavit indicates the Court's original decision was well founded.  However, before final ruling is made in this matter the Court will allow the Defendant to supplement his Motion to Reconsider.

Accordingly, Defendant may file, under seal, a supplement to his Motion to Reconsider setting out with specificity what circumstances have changed or what new circumstances exist which would warrant reconsideration of the Court's Order of February 12, 2016.  A jury trial is currently

set in this matter for March 29, 2016.  Therefore, **Defendant must file any supplement on or before Wednesday, March 23, 2016.**

   **SO ORDERED** this **16th day of March 2016.**


   /s/ Barry A. Bryant
   HONORABLE BARRY A. BRYANT
   UNITED STATES MAGISTRATE JUDGE