IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                                              No. 4:16-cr-40003

NOLEN REECE BAKER                                                                               DEFENDANT

## ORDER

BEFORE the Court is the Motion to Reconsider Indigency Status (ECF No. 13) filed herein by Defendant. On February 12, 2016, the undersigned appointed the Federal Defender to represent him but added a condition the Defendant reimburse the Government for the Federal Defender fees incurred in his representation of Defendant. ECF No. 6. This Motion has been referred to the undersigned for decision.

Defendant avers the following in the Motion to Reconsider:

> additional circumstances have come to light warranting a reconsideration of the special provision for reimbursement of attorney fees. Defendant asserts that he is indigent and financially unable to pay the attorney fees and cost of his defense

Defendant did not specify what new circumstances warrant reconsideration. On March 16, 2016, the Court entered an Order allowing Defendant to file, under seal, a supplement to his Motion to Reconsider setting out with specificity what circumstances have changed or what new circumstances exist which would warrant reconsideration of the Court's Order of February 12, 2016. ECF No. 14.

On March 23, 2016, Defendant filed his Supplement to Motion To Reconsider Indigency Status. ECF No. 17. According to Defendant, he has a sum of money placed into two Certificates of Deposit that do not mature until 2017 and he will be penalized for early withdrawal. *Id.* Counsel

for Defendant estimates this matter will require at least 90 hours of representation and costs of expert services that exceed $5,000.00.  *Id.*  Defendant also asserts he is intellectually functioning in the borderline range and does not have the ability to replace the funds if withdrawn from his two Certificates of Deposit.  *Id.*

In reviewing Defendant's Supplemental information and arguments of counsel, this Court is not persuaded by Defendant's arguments that he is financially unable to pay the attorney fees and cost of his defense.  Based upon counsel's estimates of cost of defense, Defendant's balance in his two Certificates of Deposit is more than adequate to allow reimbursement; even taking into account a financial penalty for early withdrawal.

**IT IS THEREFORE ORDERED**, Defendant's Motion to Reconsider Indigency Status (ECF No. 13) is **DENIED.**  The provision, appointing the Federal Defender to represent Defendant with the added condition that the Defendant reimburse the Government for the Federal Defender fees incurred in his representation of Defendant, will remain.

**Dated** this **24th day of March 2016.**

/s/ Barry A. Bryant
HONORABLE BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE