IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                          Criminal No. 4:16-cr-40003

NOLEN REECE BAKER                                                                     DEFENDANT

**ORDER**

    Before the Court is Defendant's Motion for Conditional Release for Specified Period of Time.  ECF No. 31.  Defendant, who is currently detained awaiting sentencing, moves the Court for conditional release to visit his ailing grandmother.  Specifically, Defendant requests that the Court allow him to be released for four hours to visit his grandmother in Lockesburg, Arkansas.  The government objects to Defendant's request.  ECF No. 32.

    Upon consideration, the Court finds that the motion should be and hereby is **DENIED**.  The Court, however, will reconsider Defendant's request should he be able to arrange the visit through the United States Marshals Service with a law enforcement escort and bear the cost of the transport in advance of the visit.

    **IT IS SO ORDERED**, this 6th day of December, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge