# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

**UNITED STATES OF AMERICA**

v.  Criminal No. 4:16CR40003-001

**NOLEN REECE BAKER**

## FINAL ORDER OF FORFEITURE

On April 13, 2016, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 25). In the Preliminary Order of Forfeiture, a Dell Inspiron Desktop computer, serial number 2S7S1F1 containing a Seagate 250 GB hard drive, serial number 90E5YX9X was forfeited to the United States pursuant to 18 U.S.C. § 2253 incorporating by reference 21 U.S.C. § 853.

The United States was required to publish notice of this Order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On August 17, 2017, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was August 29, 2017.

The United States filed a Notice of Forfeiture (Doc. 39) on March 23, 2018. On April 7, 2018, an Affidavit of Service was filed sending notification of the Notice of Forfeiture to Nolen Baker at 185 New Bethel Road, Lockesburg, Arkansas 71846. Deadline for filing claims was April 29, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a Defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the Plea Agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on April 13, 2016, shall become final at this time.

IT IS SO ORDERED this 23rd day of August, 2018.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE